In re Clint J. **COLLINS**, Lawrence J. **Ertz**, and Jonathan J. Tiemeier.

No. 2011–1293.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2012.

Rehearing Denied April 11, 2012.

Everett G. Diederiks, Jr., Diederiks & Whitelaw, PLC, of Woodbridge, VA, argued for appellants. Of counsel was Nicholas S. Whitelaw.

William Lamarca, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Christina J. Hieber, Associate Solicitor.

LOURIE, MOORE, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See Fed. Cir. R. 36.***